B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Kim, Min J. | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 4070 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 1344 W 39th St LA, Ca 90062 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS LOS ANGELES   ZIP CODE 90062 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☑ Debts are primarily consumer debts
☐ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☑ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**COURT USE ONLY**

FILED
SEP 16 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Kim, Min J.__

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| California Tech Education College  09/16/2009 | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Connie Kim / Owner, 1636 Wilshire Bl, LA, CA 90017 | Address |
| | Telephone No. |

| x _____ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _____ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| California Tech Education College, 1636 Wilshire Bl LA, CA | Real estate interest | 200,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

| IN RE | DEPUTY CLERK | CHAPTER |
|---|---|---|
| Kim, Min J. | DEBTOR. | CASE NUMBER |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LA

1. I AM EMPLOYED IN THE COUNTY OF LA, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS AS FOLLOWS:

2. [X] **REGULAR MAIL SERVICE:** ON 9/16/09, I SERVED THE FOREGOING SUMMONS AND NOTICE OF STATUS CONFERENCE (AND ANY INSTRUCTIONS ATTACHED THERETO), TOGETHER WITH THE COMPLAINT FILED IN THIS PROCEEDING, ON THE DEFENDANT(S) AT THE FOLLOWING ADDRESS(ES) BY PLACING A TRUE AND CORRECT COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID IN THE UNITED STATES MAIL AT            , CALIFORNIA, ADDRESSED AS SET FORTH BELOW.

3. [ ] **PERSONAL SERVICE:** ON            , PERSONAL SERVICE OF THE FOREGOING SUMMONS AND NOTICE OF STATUS CONFERENCE (AND ANY INSTRUCTIONS ATTACHED THERETO), TOGETHER WITH THE COMPLAINT FILED IN THIS PROCEEDING, WAS MADE ON THE DEFENDANT(S) AT THE ADDRESS(ES) SET FORTH BELOW.

4. DEFENDANT(S) AND ADDRESS(ES) UPON WHICH SERVICE WAS MADE:

[ ] NAMES AND ADDRESSES CONTINUED ON ATTACHED PAGE

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: 9/16/09

Connie Kim
TYPE NAME

_____
SIGNATURE


electronic form ©1999
www.LawCA.com
Law Publishers

| ATTORNEY OR PARTY NAME, ADDRESS, TELEPHONE AND FAX NUMBER, AND CA STATE BAR NUMBER<br>*ATTORNEY FOR PLAINTIFF*<br><br>California Tech Education College<br>1636 Wilshire Bl.<br>LA CA. 90017<br>213) 427-0004 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF** | |
| IN RE:<br><br>Kim, Min J.<br><br>DEBTOR. | CHAPTER<br><br>CASE NUMBER<br><br>ADVERSARY NUMBER |
| VS.<br><br>PLAINTIFF(S).<br><br>DEFENDANT(S). | *(THE BOXES AND BLANK LINES BELOW ARE FOR THE COURT'S USE ONLY) (DO NOT FILL THEM IN)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A COMPLAINT HAS BEEN FILED BY THE PLAINTIFF AGAINST YOU. IF YOU WISH TO DEFEND YOURSELF, YOU MUST FILE WITH THE COURT A WRITTEN PLEADING, IN DUPLICATE, IN RESPONSE TO THE COMPLAINT. YOU MUST ALSO SEND A COPY OF YOUR WRITTEN RESPONSE TO THE PARTY SHOWN IN THE UPPER LEFT-HAND CORNER OF THIS PAGE. UNLESS YOU HAVE FILED IN DUPLICATE AND SERVED A RESPONSIVE PLEADING BY _____, THE COURT MAY ENTER A JUDGMENT BY DEFAULT AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

A STATUS CONFERENCE ON THE PROCEEDING COMMENCED BY THE COMPLAINT HAS BEEN SET FOR:

| **HEARING DATE:** | **TIME:** | **COURTROOM:** | **FLOOR:** |
|---|---|---|---|
| ☑ 255 EAST TEMPLE STREET, LOS ANGELES<br>☐ 34 CIVIC CENTER PLAZA, SANTA ANA<br>☐ 21041 BURBANK BLVD., WOODLAND HILLS | | ☐ 3420 12TH STREET, RIVERSIDE<br>☐ 1415 STATE STREET, SANTA BARBARA | |

PLEASE TAKE NOTICE THAT IF THE TRIAL OF THE PROCEEDING IS ANTICIPATED TO TAKE LESS THAN TWO (2) HOURS, THE PARTIES MAY STIPULATE TO CONDUCT THE TRIAL OF THE CASE ON THE DATE SPECIFIED, INSTEAD OF HOLDING A STATUS CONFERENCE. SUCH A STIPULATION MUST BE LODGED WITH THE COURT AT LEAST TWO (2) COURT DAYS BEFORE THE DATE SET FORTH ABOVE AND IS SUBJECT TO COURT APPROVAL. THE COURT MAY CONTINUE THE TRIAL TO ANOTHER DATE IF NECESSARY TO ACCOMMODATE THE ANTICIPATED LENGTH OF THE TRIAL.

DATE OF ISSUANCE:             CLERK OF THE BANKRUPTCY COURT

BY: _____

electronic form ©1999
WWW.LawCA.com
Law Publishers