**EXHIBIT 5**

**RECORDING REQUESTED BY:**

**WHEN RECORDED MAIL TO:**

FCI LENDER SERVICES, INC.
8180 EAST KAISER BOULEVARD
ANAHEIM HILLS, CA  92808-22771

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 03-11-2009
AS INSTRUMENT NO 2009 0342312
IN BOOK            PAGE
OFFICIAL RECORDS OF LOS ANGELES

Space above this line for recorder's use only

Title Order No.: 464922   Trustee's Sale No.: 60012   Loan No.: 7984

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $12,435.61 as of 03/09/2009 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in this paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **THE BENEFICIARY**, c/o FCI LENDER SERVICES, INC., 8180 EAST KAISER BOULEVARD, ANAHEIM HILLS, CA  92808-2277 (714) 282-2424.

Title Order No.:
Trustee's Sale No.:   60012
Loan No.:             7984

**NOTICE OF DEFAULT AND ELECTION TO SELL** - continued

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:**

FCI LENDER SERVICES, INC.

is the duly appointed Trustee, or duly authorized agent for the Beneficiary, or duly designated Agent for the Beneficiary under a Deed of Trust dated <u>11/17/2006</u>, executed by <u>HEE J. KIM, AN UNMARRIED WOMAN</u>, as trustor, to secure obligations in favor of <u>NARA BANK</u>, as Beneficiary

<u>RECORDED ON 11/30/06 AS INSTRUMENT #20062651075</u> of official records in the Office of the Recorder of <u>Los Angeles</u> County, California, as more fully described on said Deed of Trust, securing the note(s) for the sum of <u>$402,500.00</u> that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: FAILURE TO PAY DELINQUENT PROPERTY TAXES IN THE APPROXIMATE AMOUNT OF $4,227.22 AS OF THE DATE OF THIS NOTICE. THE MONTHLY INSTALLMENT WHICH BECAME DUE 12/17/2008 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES. ADVANCES TO SENIOR LIENS, INTEREST INSURANCE, TAXES AND DELINQUENT TAXES AND/OR INSURANCE PREMIUMS TO BE ADVANCED BY THE BENEFICIARY AFTER THE RECORDING OF THE NOTICE OF DEFAULT. AS A CONDITION OF REINSTATEMENT, ALL SENIOR LIENS, PROPERTY TAXES AND FIRE INSURANCE PREMIUMS MUST NOT BE DELINQUENT AND MUST HAVE A CURRENT PAID STATUS.

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The beneficiary or authorized agent for the beneficiary declares this loan is not a "Covered Loan" as specified in Senate Bill 1137, or as further described in Civil Code § 2923.5(b)(c) &(h).

DATE: 3/9/09

For: THE BENEFICIARY
By: FCI LENDER SERVICES, INC., as Agent

_____
Teri Snyder, Exec. Vice President

**FCI LENDER SERVICES, INC. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

2

# EXHIBIT 6

**This page is part of your document - DO NOT DISCARD**



**20090909345**



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/17/09 AT 08:00AM**

| | |
|---|---:|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |



**LEADSHEET**



200906170220005

00000715040



002158921

**SEQ:**
27

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

t29

2

RECORDING REQUESTED BY:

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

WHEN RECORDED MAIL TO:

FCI LENDER SERVICES, INC.
8180 EAST KAISER BLVD.
ANAHEIM HILLS, CA 92808



SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

Title Order No.: 4046922 -m    Trustee Sale No.: 60012    Loan No.: 7984
APN: 5036-018-022

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/17/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On 07/10/2009 at 10:00AM, FCI LENDER SERVICES, INC. as the duly appointed Trustee under and pursuant to Deed of Trust RECORDED ON 11/30/06 AS INSTRUMENT #20062651075 of official records in the Office of the Recorder of Los Angeles County, California, executed by:

HEE J. KIM, AN UNMARRIED WOMAN

, as Trustor

NARA BANK

, as Beneficiary

**WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH** (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). At: THE WEST SIDE OF THE LOS ANGELES COUNTY COURTHOUSE, SOUTHEAST DISTRICT, 12720 NORWALK BLVD., NORWALK, CA,

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California describing the land therein: LOT 26, BLOCK 2 OF THE ROSS AND JONES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5 PAGE 139 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

1




27A

Title Order No.:      4046922
Trustee Sale No.:     60012
Loan No.:             7984
APN:                  5036-018-022

### NOTICE OF TRUSTEE'S SALE - continued

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be:   1344 WEST 39TH STREET, LOS ANGELES, CA  90062.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

$424,550.24 (Estimated)
Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

Regarding the property that is the subject of this notice of sale, the "mortgage loan servicer" as defined in Civil Code § 2923.53(k)(3) declares that it has not obtained from the Commissioner a final or temporary order of exemption pursuant to Civil Code section 2923.53 that is current and valid on the date this notice of sale is recorded. The time frame for giving a notice of sale specified in Civil Code Section 2923.52 subdivision (a) does not apply to this notice of sale pursuant to Civil Code Sections 2923.52 or 2923.55.

DATE: 6/12/09

FCI LENDER SERVICES, INC., as Trustee
8180 EAST KAISER BLVD., ANAHEIM HILLS, CA  92808
PHONE:   714-282-2424    **FOR    TRUSTEE    SALE    INFORMATION    LOG    ON    TO:**
**WWW.RSVPFORECLOSURES.COM** OR CALL: 925-603-7342.

_____
TERI SNYDER, EXEC. VICE PRESIDENT

**FCI LENDER SERVICES, INC. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

2